UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TAMMY GREGORY and SEAN McKENNA,

        Plaintiff,

        -against-

HD DEVELOPMENT OF MARYLAND, INC.,

        Defendant.

------------------------------------------------------------------x

Civil Action No.: 7045

**Rule 7.1 STATEMENT**

        Pursuant to the Federal Rules of Civil Procedure Rule 7.1, HD Development of Maryland, Inc. ("Home Depot") states that HD Development of Maryland, Inc. is a subsidiary of HD Development Holdings, Inc. which is wholly owned by Home Depot U.S.A., Inc.

Dated: New York, New York
       August 7, 2008

                                David M. Pollack (6143)
                                Donovan Hatem LLP
                                Attorneys for the Defendant
                                HD Development of Maryland, Inc.
                                Herald Square Building
                                1350 Broadway, Suite 2100
                                New York, New York 10018
                                (212) 244-3333